**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UBAH DHIBLAWE,

Plaintiff,

v.

STEVEN RICE, *Field Office Director U.S. Citizenship and Immigration Services Minneapolis, MN*; CARRIE M. SELBY, *Acting Associate Director for USCIS Service Center Operations Directorate Washington, D.C.*; JOSEPH B. EDLOW, *Director U.S. Citizenship and Immigration Services Washington, D.C.*; and MARKWAYNE MULLIN, *Secretary Department of Homeland Security Washington, D.C.*,

Defendants.

Case No. 26-cv-2956 (LMP/DTS)

**ORDER OF DISMISSAL**

---

This matter is before the Court on Plaintiff's Fed. R. Civ. P. 41(a)(1) Dismissal (ECF No. 6). **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated: August 18, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge